# **EXHIBIT B**



# DGR
LEGAL

| | | |
|---|---|---|
| **ERIC A. ELLIOTT (P/K/A FLY HAVANA),** | : | **UNITED STATES DISTRICT COURT** |
| | : | **SOUTHERN DISTRICT OF NEW YORK** |
| Plaintiff, | : | |
| -VS- | : | |
| | : | **CASE NO.: 19-CV-1998 (NRB)** |
| **JOSEPH ANTHONY CARTAGENA (P/K/A FAT JOE),** | : | |
| | : | |
| Defendant. | : | **AFFIDAVIT OF MAILING** |
| | : | |

**STATE OF NEW JERSEY** :
: ss.
**COUNTY OF MORRIS** :

I, the undersigned, am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I am a citizen of The United States of America and employed by DGR Legal, Inc. in the County of Morris, State of New Jersey.

1. On February 11, 2021, I served by regular mail and certified mail, return receipt requested, a copy of the Subpoena to Testify at a Deposition in a Civil Action, Attachments, Judge's Order, and witness fee check #4413 in the amount of $40.00 to Elis Pacheco, 465 9th Street B, Palisades Park, NJ 07650. See annexed.

2. On February 11, 2021, I deposited said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

3. The article number for the aforementioned certified mail is:

   **Certified Article Number**
   9414 7266 9904 2147 7969 40
   **SENDER'S RECORD**

The above statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any statement made by me is willfully false, I am subject to punishment.

_Courtney Gibson_ 2/11/21
Courtney Gibson

Sworn and subscribed to before me
this 11 day of Feb., 2021

_[signature]_

KASEY RUPPERT
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 5/2/2021

MITCHELL SILBERBERG & KNUPP, LLP
437 MADISON AVENUE
25TH FLOOR
NEW YORK, NY 10022




US POSTAGE
$07.65
First-Class
Mailed From 07950
02/11/2021
032A 0061813363

ELIS PACHECO
465 9TH STREET B
PALISADES PARK, NJ 07650



CERTIFIED MAIL
RETURN RECEIPT REQUESTED
9434 7266 9904 2147 7969 40

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2147 7969 43

1. Article Addressed to:
   ELIS PACHECO
   465 9TH STREET B
   PALISADES PARK, NJ 07650

2. Certified Mail (Form 3800) Article Number
   9414 7266 9904 2147 7969 40

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type:
   ☒ Certified Mail
   ☐ Certified Mail Restricted Delivery

Reference Information
19-CV-1998 (NRB)

Domestic Return Receipt

Mitchell Silberberg & Knupp, LLP
437 Madison Avenue, 25th Floor
New York, NY 10022

US POSTAGE
$01.20
First-Class
Mailed From 07950
02/11/2021
032A 0061813363

Elis Pacheco
465 9th Street B
Palisades Park, NJ 07650