# **EXHIBIT C**



**DGR**
LEGAL

| | | |
|---|---|---|
| **ERIC A. ELLIOTT (P/K/A FLY HAVANA),** | : | **UNITED STATES DISTRICT COURT** |
| | : | **SOUTHERN DISTRICT OF NEW YORK** |
| Plaintiff, | : | |
| -VS- | : | |
| | : | **CASE NO.: 19-CV-1998 (NRB)** |
| **JOSEPH ANTHONY CARTAGENA (P/K/A** | : | |
| **FAT JOE),** | : | |
| Defendant. | : | **AFFIDAVIT OF MAILING** |
| | : | |

**STATE OF NEW JERSEY    :**
                               **:    ss.**
**COUNTY OF MORRIS    :**

I, the undersigned, am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I am a citizen of The United States of America and employed by DGR Legal, Inc. in the County of Morris, State of New Jersey.

1. On February 11, 2021, I served by regular mail and certified mail, return receipt requested, a copy of the Subpoena to Testify at a Deposition in a Civil Action, Attachments, and Judge's Order to Elis Pacheco, 1402 River Road B, Edgewater, NJ 07020. See annexed.

2. On February 11, 2021, I deposited said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

3. The article number for the aforementioned certified mail is:

**Certified Article Number**
9414 7266 9904 2147 7969 57
**SENDER'S RECORD**

The above statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any statement made by me is willfully false, I am subject to punishment.

_Courtney Gibson_ 2/11/21
Courtney Gibson

Sworn and subscribed to before me
this 11 day of Feb , 2021

KASEY RUPPERT
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 5/2/2021



MITCHELL SILBERBERG & KNUPP, LLP
437 MADISON AVENUE
25TH FLOOR
NEW YORK, NY 10022



US POSTAGE $07.65²
First-Class
Mailed From 07950
02/11/2021
032A 0081813363



CERTIFIED MAIL
RETURN RECEIPT REQUESTED
9414 7266 9904 2347 7969 57

ELIS PACHECO
1402 RIVER ROAD B
EDGEWATER, NJ 07020

**C** FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS' MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2147 7969 50

**1. Article Addressed to:**

ELIS PACHECO
1402 RIVER ROAD B
EDGEWATER, NJ 07020

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2147 7969 57

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

**3. Service Type:**
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

19-CV-1998 (NRB)

Domestic Return Receipt

Thank you for using Return Receipt Service



Mitchell Silberberg & Knupp, LLP
437 Madison Avenue, 25th Floor
New York, NY 10022

US POSTAGE
$01.20º
First-Class
Mailed From 07950
02/11/2021
032A 0061813363

Elis Pacheco
1402 River Road B
Edgewater, NJ 07020