# **EXHIBIT E**

9414726699042147796940

Add Name

**Delivery Attempt:**

## Additional Information

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

Get Text and Email Updates

## Tracking History

Reminder to Schedule Redelivery of your item,

**February 17, 2021**
**10:08 am**
Available for Pickup,
PALISADES PARK, NJ 07650

**February 13, 2021**
**2:05 pm**
Notice Left (No Authorized Recipient Available),
PALISADES PARK, NJ 07650

**February 13, 2021**
**12:37 am**
Departed USPS Regional Facility,
TETERBORO NJ DISTRIBUTION CENTER

**February 12, 2021**
**11:34 am**
Arrived at USPS Regional Facility,
TETERBORO NJ DISTRIBUTION CENTER

**February 11, 2021**
**11:08 pm**
Arrived at USPS Regional Facility,
KEARNY NJ DISTRIBUTION CENTER

Remove from Tracking