# **EXHIBIT F**



**9414726699042147796957**

Add Name

**In-Transit:**
In Transit to Next Facility

## Additional Information

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

Get Text and Email Updates

## Tracking History

**March 1, 2021**
In Transit to Next Facility,

**February 27, 2021**
**8:52 pm**
Arrived at USPS Regional Facility,
SHREWSBURY MA DISTRIBUTION CENTER

**February 16, 2021**
**8:53 am**
Forward Expired,
EDGEWATER, NJ 07020

**February 16, 2021**
**6:38 am**
Arrived at Post Office,
EDGEWATER, NJ 07020

**February 13, 2021**
**3:52 am**
Departed USPS Regional Facility,
KEARNY NJ DISTRIBUTION CENTER

**February 11, 2021**
**11:10 pm**
Arrived at USPS Regional Facility,
KEARNY NJ DISTRIBUTION CENTER

Remove from Tracking