# **EXHIBIT G**

Page 1

```
 1

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Civil Action No: 19-civ-1998 (NRB)

 5   --------------------------------------)

 6   ERIC A. ELLIOTT (p/k/a) FLY HAVANA),

 7                 Plaintiff,

 8                 v.

 9   JOSEPH ANTHONY CARTAGENA (p/k/a) FAT JOE),

10   et al.,

11                 Defendants.

12   ----------------------------------)

13

14              STATEMENT ON THE RECORD

15                February 25, 2021

16

17

18

19

20

21

22

23   Reported by:

24   Linda Salzman

25   Job No. 190588
```

Page 2

```
1
2              February 25, 2021
3              1:19 p.m.
4
5       ZOOM REMOTE STATEMENT ON THE
6   RECORD, before Linda Salzman, a
7   Notary Public of the State of New
8   York.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2   A P P E A R A N C E S :
3
4       FRANCIS ALEXANDER
5       Attorneys for Plaintiff
6           280 N. Providence Road
7           Suite 1
8           Media, P.A. 19063
9       MR. ALFRED FLUEHR, ESQ.
10
11      MITCHELL SILBERBERG & KNUPP
12      Attorneys for Defendant Joseph Anthony
13      Cartagena (p/k/a) Fat Joe, et al.
14          437 Madison Avenue
15          New York, New York 10022
16      MS. ELEANOR LACKMAN, ESQ.
17      MS. ELAINE NGUYEN, ESQ.
18
19
20      PARNESS LAW FIRM
21      Attorneys for Defendant Edward F.
22      Davadi, Jr.
23          136 Madison Avenue
24          New York, New York 10016
25      MR. HILLEL PARNESS, ESQ.
```

Page 4

```
1
2   A P P E A R A N C E S : (Cont'd)
3
4       PRYOR CASHMAN
5       Attorneys for Defendants Roc Nation
6       LLC, Roc Nation Management Inc., Songs
7       of Universal Inc. and Universal Music
8       Z Tunes LLC
9           7 Times Square
10          New York, New York 10036
11      MS. LAUREN COOPERMAN, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1        Statement on the Record
2            MS. LACKMAN:  I would like to
3    make a statement for the record.  It
4    is 1:20 p.m. on February 25, 2021, at
5    a deposition that was noticed for 1
6    o'clock.
7            I would like to mark as Exhibit
8    1 a Subpoena.
9            (Defendants' Exhibit 1,
10   Subpoena, marked for identification,
11   as of this date.)
12           MS. LACKMAN:  Thank you.  I just
13   introduced a Subpoena that was issued
14   on February 10, 2021, noticing a video
15   deposition for February 25th at 1
16   o'clock.  The Subpoena further
17   identifies that documents were
18   required to be produced by February
19   22, 2021.  I will note for the record
20   that no documents have been produced
21   to date by the witness Mr. Elis
22   Pacheco and that Mr. Pacheco has not
23   appeared.  With that I have no further
24   statements.
25           Mr. Fluehr, would you like to
```

Page 6

1     Statement on the Record
2  say anything for the record?
3      MR. FLUEHR:  Yeah, just that we
4  don't object to taking Mr. Pacheco's
5  testimony overall, but we do object to
6  the process taking place in that
7  discovery hasn't proceeded and that
8  this one issue is being focused on.  I
9  think there's independent reasons to
10  go forward with discovery.  We just
11  don't want our participation in this
12  deposition to be used as waiver in any
13  way of our continuing objections, and
14  we anticipate that defendants will
15  seek permission from the court to
16  refile for summary judgment at the
17  appropriate time as the court has
18  previous indicated in its orders.
19      MS. LACKMAN:  Thank you.
20     Does any other counsel have any
21  other statement for the record?  No.
22  All right.  I think we can conclude
23  the deposition for today.  Thank you
24  all for your time.  Thank you to the
25  court reporter and the videographer.

Page 7

1     Statement on the Record
2  I'm sorry that it was not lengthier
3  than what we have and we appreciate
4  the time.
5     (Time noted 1:23 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1
2     C E R T I F I C A T E
3  STATE OF NEW YORK  )
4       : ss.
5  COUNTY OF NEW YORK )
6
7    I, Linda Salzman, a Notary Public
8    within and for the State of New
9    York, do hereby certify that the
10    within is a true and accurate
11    transcript of the proceedings taken
12    on February 25, 2021.
13     I further certify that I am not
14    related to any of the parties to
15    this action by blood or marriage and
16    that I am in no way interested in
17    the outcome of this matter.
18     IN WITNESS WHEREOF, I have
19    hereunto set my hand this 25th day
20    of February, 2021.
21
22
23    _____
24      Linda Salzman
25

Page 9

1
2  ------------- I N D E X -------------------
3  STATEMENT               PAGE
4  MS. LACKMAN             5
5  -------------- EXHIBITS-----------------
6  DEFENDANT'S             PAGE
7  Exhibit 1    Subpoena       5
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**1**

**1** 5:5,8,9,15
**10** 5:14
**1:20** 5:4

**2**

**2021** 5:4,14,19
**22** 5:19
**25** 5:4
**25th** 5:15

**A**

anticipate 6:14
appeared 5:23

**C**

conclude 6:22
continuing 6:13
counsel 6:20
court 6:15,17,25

**D**

date 5:11,21
defendants 6:14
defendants' 5:9
deposition 5:5,15
6:12,23
discovery 6:7,10
documents 5:17,20

**E**

Elis 5:21
Exhibit 5:7,9

**F**

February 5:4,14,15,
18
Fluehr 5:25 6:3
focused 6:8
forward 6:10

**I**

identification 5:10
identifies 5:17
independent 6:9
introduced 5:13
issue 6:8
issued 5:13

**J**

judgment 6:16

**L**

LACKMAN 5:2,12
6:19

**M**

make 5:3
mark 5:7
marked 5:10

**N**

note 5:19
noticed 5:5
noticing 5:14

**O**

object 6:4,5
objections 6:13

orders 6:18

**P**

p.m. 5:4
Pacheco 5:22
Pacheco's 6:4
participation 6:11
permission 6:15
place 6:6
previous 6:18
proceeded 6:7
process 6:6
produced 5:18,20

**R**

reasons 6:9
record 5:1,3,19 6:1,
2,21
refile 6:16
reporter 6:25
required 5:18

**S**

seek 6:15
statement 5:1,3 6:1,
21
statements 5:24
Subpoena 5:8,10,
13,16
summary 6:16

**T**

taking 6:4,6
testimony 6:5
time 6:17,24
today 6:23

**V**

video 5:14

**W**

waiver 6:12