# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Elis Pacheco |
| **To:** | Kupinse, Andrew D. |
| **Subject:** | Re: Fat Joe/ ████████ |
| **Date:** | Monday, March 11, 2019 11:20:57 PM |

This message originated from outside your organization

_____

Andrew my apology I'm on a promo tour with my artist.

I'm 100% sure I was never in possession of the Work for Hire agreement which I thought Inf would have been a part of. Hence me never hearing the name Eric.

███████████████████████████████████████████████
██████████

On Mon, Mar 11, 2019, 6:09 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

Elis, I need to understand why you are not replying. Let me know what is going on.

From: Kupinse, Andrew D.
Sent: Monday, March 11, 2019 3:45 PM
To: 'Elis Pacheco'
Subject: RE: Fat Joe/ ██████████

?

From: Kupinse, Andrew D.
Sent: Friday, March 08, 2019 2:28 PM
To: 'Elis Pacheco'
Subject: RE: Fat Joe/ ██████████

Which other?

From: Elis Pacheco [mailto:elis@digitallaunch.com]
Sent: Friday, March 08, 2019 2:27 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ████████

This message originated from outside your organization

_____

Andrew. At storage digging. I'm 99.9% sure I never received it. As you know inf was honest and said he never signed the other.

Gonna email you shortly.

On Fri, Mar 8, 2019, 2:22 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

Ellis we found the infrared agreements. Still looking for signed release. And need update on ███

Sent from my iPhone

On Mar 8, 2019, at 10:58 AM, Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

Can you speak at 1 pm today please?

From: Kupinse, Andrew D.
Sent: Wednesday, March 06, 2019 11:16 AM
To: 'Elis Pacheco'
Subject: RE: Fat Joe/ ██████

What were you able to find?

From: Elis Pacheco [mailto:elis@digitallaunch.com]
Sent: Tuesday, March 05, 2019 2:49 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ██████

This message originated from outside your organization

_____

I'm sure he means Erica who did his agreements. Let me check inbox search to see if she sent it when I'm in the full google drive.

On Tue, Mar 5, 2019 at 12:53 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

He's a rapper that goes by the name "Fly Havana" Apparently he had some involvement with All the Way up and was paid $5k. joe said you handled the agreement. Now he's trying to undo the deal and wants more $.

From: Elis Pacheco [mailto:elis@digitallaunch.com<mailto:elis@digitallaunch.com>]
Sent: Tuesday, March 05, 2019 12:52 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ██████

This message originated from outside your organization

_____

Andrew,

I'm not sure who Eric Elliot is.

On Tue, Mar 5, 2019 at 11:21 AM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

Hey Elis,

I had this calendared for today to follow up. Let me know if you have a moment.

Also, can you please send a copy of the work for hire agreement signed with Eric A. Elliott (p/k/a Fly Havana) re

All the Way Up. Need this urgently.

Thanks!

Andrew

From: Elis Pacheco [mailto:elis@digitallaunch.com<mailto:elis@digitallaunch.com>]
Sent: Tuesday, February 26, 2019 9:47 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ██████████

This message originated from outside your organization

_____

██████████

On Tue, Feb 26, 2019, 8:41 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

█████████████████

Sent from my iPhone

On Feb 26, 2019, at 9:26 PM, Elis Pacheco <elis@digitallaunch.com<mailto:elis@digitallaunch.com>> wrote:

This message originated from outside your organization

_____

████████████████████████████████████

On Tue, Feb 26, 2019, 8:02 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

Elis █████████████████████████████████████

██████████████████████████████████████████████

On Feb 26, 2019, at 11:19 AM, Elis Pacheco <elis@digitallaunch.com<mailto:elis@digitallaunch.com>> wrote:

This message originated from outside your organization

_____

█████████████████████████████████████████████████
████████████████████████████████

On Tue, Feb 26, 2019, 11:11 AM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>> wrote:

██████████████████████████████████████████
███████████
████████████████████████████████████████████
██████████████████████

From: Elis Pacheco [mailto:elis@digitallaunch.com<mailto:elis@digitallaunch.com>]
Sent: Tuesday, February 26, 2019 11:08 AM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ███████

This message originated from outside your organization

_____

██████████████████████████████████████████████

On Mon, Feb 25, 2019, 11:43 AM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>>
wrote:

████████████████████████████

From: Kupinse, Andrew D.
Sent: Thursday, February 21, 2019 3:41 PM
To: Elis Pacheco
Subject: Re: Fat Joe/ ███████

Elis. ████████████████████████████████████████████
███████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████

Thanks

Andrew

Sent from my iPhone

On Feb 21, 2019, at 3:27 PM, Elis Pacheco <elis@digitallaunch.com<mailto:elis@digitallaunch.com>> wrote:

This message originated from outside your organization

_____

Andrew,

████████████████████████████████████████████████
████████████████████████████████████████

On Wed, Feb 20, 2019 at 4:12 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>>
wrote:

Elis,

████████████████████████████████████████████████
████████████████████████████████████████████████
██
████████████████████████████████████████

Thanks

Andrew

From: Elis Pacheco [mailto:elis@digitallaunch.com<mailto:elis@digitallaunch.com>]
Sent: Tuesday, January 29, 2019 5:36 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ██████████

This message originated from outside your organization

---

Andrew,

████████████████████████████████████████████████████████

Thanks,

Elis

On Mon, Jan 28, 2019 at 6:03 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>>
wrote:

█████████████████████████████████████████████████████████████

███████████████████████████████

Thanks

Andrew

From: Elis Pacheco [mailto:elis@digitallaunch.com<mailto:elis@digitallaunch.com>]
Sent: Wednesday, January 09, 2019 1:18 PM
To: Kupinse, Andrew D.
Subject: Re: Fat Joe/ ██████████

This message originated from outside your organization

---

Hey Andrew,

Good to here from you. ████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████

Appreciate the courtesy

Warmest,

Elis

On Tue, Jan 8, 2019 at 3:59 PM Kupinse, Andrew D. <akupinse@cl-law.com<mailto:akupinse@cl-law.com>>
wrote:

Hi Elis,

I hope you are doing well. This is Andrew Kupinse. You may recall I have been assisting Joe with his legal matters.



Thanks

Andrew

Andrew D. Kupinse

Cummings & Lockwood LLC

Six Landmark Square

Stamford, CT  06901

https://protect-us.mimecast.com/s/rW4CClYpxYT16zYqcYDkml<https://protect-us.mimecast.com/s/dfYfCjRnZRfYZyx1c7oYTl>

203.351.4174 (Direct)

203.708.3897 (Private Fax)

email: akupinse@cl-law.com<mailto:akupinse@cl-law.com>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

--

Warmest regards,

Elis Pacheco

Managing Director

Digital Launch

(646) 290-8585 office

(917) 337-0152 mobile

https://protect-us.mimecast.com/s/YuZUC0R9YRfkYrA0FDVhzh<https://protect-us.mimecast.com/s/vmVVCkRo8RfkoqJ3FJ-Bh9>

https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu<https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

--

Warmest regards,

Elis Pacheco

Managing Director

Digital Launch

(646) 290-8585 office

(917) 337-0152 mobile

https://protect-us.mimecast.com/s/YuZUC0R9YRfkYrA0FDVhzh<https://protect-us.mimecast.com/s/vmVVCkRo8RfkoqJ3FJ-Bh9>

https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu<https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

--

Warmest regards,

Elis Pacheco

Managing Director

Digital Launch

(646) 290-8585 office

(917) 337-0152 mobile

https://protect-us.mimecast.com/s/YuZUC0R9YRfkYrA0FDVhzh<https://protect-us.mimecast.com/s/vmVVCkRo8RfkoqJ3FJ-Bh9>

https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu<https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain

legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

--

Warmest regards,

Elis Pacheco

Managing Director

Digital Launch

(646) 290-8585 office

(917) 337-0152 mobile

https://protect-us.mimecast.com/s/YuZUC0R9YRfkYrA0FDVhzh<https://protect-us.mimecast.com/s/vmVVCkRo8RfkoqJ3FJ-Bh9>

https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu<https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

--

Warmest regards,

Elis Pacheco

Managing Director

Digital Launch

(646) 290-8585 office

(917) 337-0152 mobile

https://protect-us.mimecast.com/s/YuZUC0R9YRfkYrA0FDVhzh<https://protect-us.mimecast.com/s/vmVVCkRo8RfkoqJ3FJ-Bh9>

https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu<https://protect-us.mimecast.com/s/7FDKC9r21rizrYwVhoebeu>

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.

CONFIDENTIALITY NOTICE: This email transmission (and/or the attachments accompanying it) may contain legally privileged and confidential information, and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please promptly notify the sender by reply email and destroy the original message.