UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC A. ELLIOTT (p/k/a FLY HAVANA),

                       Plaintiff,                    19 **CIVIL** 1998 (NRB)

      -v-                                 **JUDGMENT**

JOSEPH ANTHONY CARTAGENA
(p/k/a FAT JOE), et al.,

                      Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated January 5, 2022, defendants' renewed motion for summary judgment is granted in its entirety and the Complaint is dismissed with prejudice: accordingly, the case is closed.

**Dated:** New York, New York
           January 6, 2022

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                        BY:
                                                          **Deputy Clerk**