```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ERIC A. ELLIOTT (p/k/a "Fly Havana")

                Plaintiff,
                                              ORDER
    - against -
                                              19 Civ. 1998 (NRB)
JOSEPH ANTHONY CARTAGENA (p/k/a "Fat
Joe"), et al.,

                Defendants.
-----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated March 29, 2024 and April 3, 2024, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference. The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:   April 17, 2024
         New York, New York

                                        _____
                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1