UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
ERIC A. ELLIOT (p/k/a FLY HAVANA),

                          Plaintiff,              **ORDER**

                - against -                        19-cv-1998 (NRB)

JOSEPH ANTHONY CARTAGENA (p/k/a FAT JOE),
et al.,

                          Defendants.
--------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on January 16, 2026, defendants JOSEPH ANTHONY CARTAGENA, REMINISCE SMITH MACKIE, JOEY AND RYAN MUSIC, REMYNISCE MUSIC, SNEAKER ADDICT TOURING LLC, TERROR SQUAD PRODUCTIONS, INC., TERROR SQUAD ENTERTAINMENT, RNG (RAP'S NEW GENERATION), WARNER CHAPPELL MUSIC, INC., and WATNER-TAMERLANE PUBLISHING CORP. (collectively, "defendants") filed a letter motion requesting the Court's permission to serve subpoenas for documents and deposition testimony upon non-party ELIS PACHECO ("Pacheco") by alternative means.  ECF No. 258; and

**WHEREAS**, no opposition or objection to defendants' letter motion has been filed; and

**WHEREAS**, the Court is satisfied that defendants' prior attempts to serve Pacheco are sufficient to permit alternative service; it is hereby

1

**ORDERED,** that defendants shall, within 5 days of this Order, file a proposed order detailing the specific methods of alternative service that defendants propose to use to serve Pacheco for the Court's consideration; and it is further

**ORDERED,** that any objection to defendants' proposed alternative methods of service shall be filed within 3 business days after the filing of defendants' proposed order.

Dated:    January 30, 2026
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE