UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ERIC A. ELLIOT (p/k/a FLY HAVANA),

                         Plaintiff,        **ORDER**

             - against -          19-cv-1998 (NRB)

JOSEPH ANTHONY CARTAGENA (p/k/a FAT JOE),
et al.,

                        Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, having received plaintiff's letter dated February 6, 2026, ECF No. 261, the Court acknowledges that its order dated January 30, 2026, ECF No. 259 (the "Prior Order"), was improvidently granted; it is hereby

    **ORDERED**, that the Prior Order is withdrawn without prejudice to a renewed application following a showing of recent and unsuccessful efforts by defendants[1] to serve non-party witness, Elis Pacheco by traditional means.

Dated:    February 13, 2026
         New York, New York

                        NAOMI REICE BUCHWALD
                        UNITED STATES DISTRICT JUDGE

---

[1]     As used herein, the term "defendants" has the same meaning as it is defined in the Court's Prior Order.

1