UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ERIC A. ELLIOT (p/k/a FLY HAVANA),

                              Plaintiff,          **ORDER**

              - against -              19-cv-1998 (NRB)

JOSEPH ANTHONY CARTAGENA (p/k/a FAT JOE),
et al.,

                              Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


The Court is in receipt of the parties' letters, dated March 16, 2026, and March 18, 2026, respectively, regarding plaintiff's request for a pre-motion conference on his anticipated motion to compel depositions and to extend related deadlines.  ECF Nos. 265, 267.  Defendants'[1] letter informs the Court that after plaintiff's letter was filed, the parties communicated via email, and defendants "provided three consecutive dates within the discovery window for the depositions of Mr. Elliot, Mr. Cartagena, and Ms. Mackie[.]"  ECF No. 267 at 3.  Defendants contend that this subsequent communication, and the lack of any objection related thereto, renders plaintiff's motion "moot."  Id.

Accordingly, plaintiff shall, no later than Monday, March 23, 2026, file a letter of two pages or less informing the Court of

---

[1]     As used herein, the term "defendants" has the same meaning as it is defined in defendants' letter.  ECF No. 267 at 1.

1

what issues, if any, remain to be resolved.  Defendants may, if they wish, respond to plaintiff's letter with their own two-page letter no later than Tuesday, March 24, 2026.

Dated:    March 19, 2026
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE