UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ERIC A. ELLIOT (p/k/a FLY HAVANA),

                          Plaintiff,           **ORDER**

                 - against -              19-cv-1998 (NRB)

JOSEPH ANTHONY CARTAGENA (p/k/a FAT JOE),
et al.,

                          Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of non-party Elis Pacheco's ("Pacheco") motion to modify or quash a subpoena to testify at a deposition and produce documents in this case, ECF No. 322 ("Mot."), as well as the Cartagena Defendants'[1] opposition to the motion, ECF No. 331 ("Opp."), and Pacheco's reply in support of the motion, ECF No. 335 ("Reply").

In his motion, Pacheco asks the Court to "enter an Order that the Subpoena be modified to allow for a deposition to be held either remotely or . . . in Bergen County, New Jersey, on a mutually convenient date approximately thirty (30) days after June 11; and, that the deposition and document production be limited to . . . not include any deposition questions and document requests

---

[1]    As used herein, the term "Cartagena Defendants" has the same meaning as it is defined in ECF No. 331.

1

regarding service of the Subpoena or Pacheco's relationship to anyone not a party to" this case.  Mot. at 3.

As of the date of this writing, it appears that the issues concerning the location and date of Pacheco's deposition have been rendered moot by the parties' agreement to hold the deposition between July 13 and July 17 in New York City.  See Opp. at 2 ("The Cartagena Defendants request the Court order that the deposition be held on a mutually convenient day between July 6 and July 17, 2026[.]"); Reply at 2 ("Pacheco hereby agrees to appear for a deposition in person at the Defendants' attorney's office in New York City some day during the week of July 13-17[.]").

As to the remaining dispute concerning the scope of Pacheco's deposition and document production, the Court declines to limit the scope of the discovery to "not include any deposition questions and document requests regarding service of the Subpoena or Pacheco's relationship to anyone not a party" to this litigation. Mot. at 3.  Discovery into these matters is warranted under the circumstances of this case and fits within the broad scope of discovery set forth in Fed. R. Civ. P. 26(b)(1).  Specifically, the subjects which Pacheco seeks to exclude from disclosure are potentially relevant to issues of bias and deliberate avoidance of service.  Nor has Pacheco shown that the objected to discovery is burdensome or expensive.

Accordingly, the Court hereby orders that Pacheco shall appear for a deposition at the offices of Mitchell Silberberg & Knupp LLP in New York City between July 13 and July 17, 2026. All documents responsive to the subpoena served upon Pacheco shall be produced no later than one week prior to Pacheco's deposition.

**SO ORDERED.**

Dated:   June 16, 2026
         New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE